Case 1:16-cv-01209-WPL Document 1 Filed 11/03/16 Page 1 of 9

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 03 2016

MATTHEW J. DYKMAN
CLERK

United States District Court
District of New Mexico
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. N.W.
Albuquerque, N.M. 87102

Brenda Cecelia Clark Armstead - Plaintiff

versus

Civil Action No. 16 cv 1209 WPL

Honorable Governor of New Mexico Susana Martinez - Respondent

Donald Trump - Respondent
U.S. Senator John McCain - Respondent
Governor of Arizona Doug Ducey - Respondent
U.S. Senator John Cornyn - Respondent
Hillary Clinton - Respondent
U.S. Senator Ted Cruz - Respondent
Jeb Bush - Respondent
President George W. Bush Jr. - Respondent
Charlie Crist - Respondent
Tilman Fertitta - Respondent
President Barack Obama - Respondent

Original Petition

1. See enclosure letter that U.S. District Court, District of Arizona was in agreement to file this petition providing a $400.00 filing fee was provided.

2. However, Plaintiff, Armstead, is being stalked by a Texas resident, Catherine Wise, liable to mail theft, identity theft and court fraud of Plaintiff, Brenda

2. C. Armstead. This stalking behavior by Catherine Wise results in Plaintiff Armstead being forced to move monthly/weekly and is the reason Plaintiff Armstead is now re-locating to New Mexico Nov. 3, 2016.

3. Plaintiff Armstead will be residing at the following location Nov. 3, 2016, : 4676 Commerce Avenue, NE, Albuquerque, New Mexico 87107 Phone: 505-342-2800.

4. Plaintiff is seeking from this Honorable Court, Permanent Presidential Appointments of all named respondents to be forwarded to the International Court for final decision.

5. Named Respondent: Honorable Governor of New Mexico Susana Martinez needs immediate forwarding to the International Court for decision to avoid Conflict of Interest by this Honorable High Court.

6. As a President of the United States, it is World Leader Status. Support: Thomas Feyer Opinions Editor NY Times. As a World Leader, that would fall under the jurisdiction of the International Court, P.O. Box 19519, 2500 CM, The Hague, The Netherlands.

7. Cases in Support:
- Armstead vs. George W. Bush Jr., U.S. District Court, Southern District of Texas, Houston Division, 515 Rusk, Room 1217, Houston, Texas 77002.
- Armstead vs. Jerry Brown Governor of California, No. 16-55970 D.C. No. 2:15-CV-08541-UA Central District of California, Los Angeles, Clerk, U.S. Court

7. of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, California 94119-3939.

- Armstead vs. Clinton et. al. 2:16-CV-063, United States District Court, Southern District of Texas, Corpus Christi Division, 1133 North Shoreline, Suite 208, Corpus Christi, Texas, 78401.

- Armstead vs. Pope Benedict, Justice Sotomeyer, NY and Queen Elizabeth, England, Permanent Throne Appointment.

8. During any election year and 2016 is a Presidential Election Year, the United States has two Presidents in office from Nov. to Jan. That can be extended to all 12 months with additional Presidents.
Purpose: The Spread of Democracy to stop War. Multiple U.S. Presidents living around the Globe to promote World Leader friendships.
Further, with U.S. Senator John Cornyn appointed permanent as a Justice on the International Court, it would expedite this process.
President Barack Obama as a Permanent U.S. President consulting with all Presidents of the Continent of Africa, would help resolve the global issue of defective water cycles contributing to desert conditions on Earth and elimination of the ozone hole in the South Pole Region of Earth.

9. Respondent Governor of New Mexico Susana Martinez as a World Leader would offer improved International

9. Relationships with the Latin and Spanish Communities.
10. Respondent Hillary Clinton has experience as a World Leader being First Lady with President Bill Clinton. Even a Presidential Scandal involving President Bill Clinton, would not interfere with Hillary Clinton being President by a court order issued by the International Court.
11. Respondent Ted Cruz, U.S. Senator, lawyer, professor, jurisdiction over the Office of U.S. Supreme Court, has expressed his desire to help promote the spread of democracy as a U.S. President living around the globe to promote World Leader friendships.
12. Respondent Jeb Bush has family experience with a father, Bush Sr., as President, and a brother, George W. Bush Jr., as President. Both can advise named respondent in matters at home and foreign policy as President for the U.S. 2016.
13. Respondent ~~Donald~~ Trump - ~~Source~~: "National Enquirer," has excellent experience with foreign policy through his multimillion dollar business dealings in Turkey, Panama, Dubai, Scotland, India, Korea, Azerbaijan.
14. Respondent U.S. Senator John McCain has expressed his desire to help promote the spread of democracy as a U.S. President living around the globe to promote World Leader friendships by his previous Presidential Election Candidate involvement. Further, U.S. Senator John McCain, as a U.S. President,

14. Can be instrumental in compensation to be issued to the Native American Indian that was robbed by President Andrew Jackson. Arizona, U.S. Senator John McCain's home state, is in serious need of a defective water cycle being corrected. As a U.S. President, that correction can be forthcoming.
15. Governor Doug Ducey Arizona Respondent, as a U.S. President, alongside U.S. Senator John McCain, can coordinate efforts regarding the Native American Indians and correcting desert conditions around the World.
16. Respondent Tilman Fertitta - Case on file Southern District of Texas, Houston Division, is a solution to ISIS.
17. George W. Bush Jr. Respondent - Appointed President U.S. Supreme Court 2000: Gore vs. Bush dispute is entitled permanent appointment through the International Court due to the U.S. Supreme Court not having jurisdiction over World Leaders - Presidents.
18. Respondent Charlie Crist - as a U.S. President, would be instrumental in cleaning the World's waters (ocean) to keep the air clean, people well, and correct our current defective water cycles contributing to desert conditions around the globe.
19. Previous, two Presidential Candidates, U.S., John

19. Kennedy and Robert Kennedy, both suffered murder due to campaign contributions. If elections had been turned over to the International Court for that high office, both men would be alive today.
20. A Court order for the Office of President stops Political Corruption and will discipline those World Leaders who want to destroy mankind.
21. If any named respondent cares to pay the filing fee, Plaintiff will accept.

Certificate of Service

I hereby certify the mailing, U.S. Mail, to the following: U.S. District Court, District of New Mexico, Divisional Office: Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. N.W., Albuquerque, N.M. 87102 and with service to be done to each named respondent by this Honorable Court this 31st Day of October, 2016, as soon thereafter as this Honorable Court can provide that service.

Respectfully Submitted,
Brenda C. Armstead
P.O. Box 1641
Phoenix, Arizona 85001-1641
New Mexico Address Nov. 3, 2016:
4676 Commerce Ave. NE
Albuquerque, NM 87107

1. Mexico/New Mexico prays to a woman to deliver them from suffering: money, love, disease.

2. The Creator wants to answer those prayers with the "real" of Someone.

3. That woman chosen to do that:
   Honorable Governor of New Mexico Susana Martinez.

4. She needs permanent appointment as a President/World Leader to achieve her destiny of fulfilling the Role of:
   The Lady of Guadalupe.

Brenda C. Armstead

| | | |
|---|---|---|
| **BRIAN D. KARTH**<br>District Court Executive / Clerk of Court<br>Sandra Day O'Connor U. S. Courthouse<br>Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118 | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA**<br>**OFFICE OF THE CLERK** | **MICHAEL S. O'BRIEN**<br>Chief Deputy Clerk<br>Evo A. Deconcini U.S. Courthouse<br>405 W. Congress, Suite 1500<br>Tucson, Arizona 85701-5010<br><br>**DEBRA D. LUCAS**<br>Chief Deputy Clerk<br>Sandra Day O'Connor U. S. Courthouse<br>Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118 |

October 13, 2016

Brenda Cecelia Clark Armstead
1530 N. 50th Ave #207
Phoenix, AZ 85043

RE: Return of Documents

The document titled Original Petition, received at our office on October 12th, is being returned to you. Your case is not found in the U.S. District Court for the District of Arizona.

If you wish to file a new case with the U.S. District Court of Arizona, please note that a $400 filing fee or an in foma pauperis (IFP) form is required.

Enclosed please find the following forms:

    Filing a Complaint on Your Own Behalf packet


                             Brian D. Karth
                             District Court Executive/Clerk of Court


                             s/ K. Smith
        By   Deputy Clerk

P.O. Box 1641
Phoenix, Arizona 85001-1641

PHOENIX AZ 852
01 NOV 2016 PM 2 L

RECEIVED
At Albuquerque NM
NOV 0 8 2016
MATTHEW J. DYKMAN
CLERK

Matthew J. Dykman
U.S. District Court
District of New Mexico
Divisional Office: Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW
Albuquerque, N.M. 87102

87102-227470